**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., | ) | |
| A Missouri non-profit corporation, | ) | |
| | ) | Case No. 4:14-cv-395 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| A Missouri municipal corporation | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————————— | ) | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiff New Life Evangelistic Center, Inc. hereby moves for a preliminary injunction against the Defendant in this case. A memorandum of points and authorities in support of this motion is filed herewith. That memorandum presents Plaintiff's arguments as to why this motion should be granted.

Respectfully submitted,

**Dalton & Tomich, PLC**

/s *Daniel P. Dalton*
By: Daniel P. Dalton
Attorney for Plaintiff – *Pro Hac Vice pending*
719 Griswold, Suite 270
Detroit, MI 48226
Tel. 313.859.6000
Fax 313.859.8888
ddalton@daltontomich.com

and

**Brown & James P.C.**

*/s/ Todd A. Lubben*
By: Todd A. Lubben, 54746MO
Attorney for Plaintiff
800 Market Street, Suite 1100
St. Louis, MO 63101-2501
Tel. 314.421.3400
Fax 314.421.3128

12203707