# COURTROOM MINUTE SHEET

**CAUSE NO.** 4:15 cv 395 JAR  **DATE:** 9/3/15

**JUDGE:** Ross

**COURT REPORTER:** L. Paczkowski

**DEPUTY CLERK:** L. Wooley

New Life Evangelistic Center
vs.
City of St Louis

**ATTY(S) FOR PLTF(S):** Todd Lubben

**ATTY(S) FOR DEFT(S):** Christine Hodzic, Michael Garvin, Erin McGowan

For movants - Elkin Kistner

~~DEFT PRESENT~~

**PARTIES PRESENT FOR** oral argument on pending motions, particularly motion in limine [119]. Arguments made. Order to issue at a later date.

**WITNESSES:**

**ATTY(S) PRESENT:**

**COURTROOM TIME:** 1:32 pm - 2:42 pm